IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CLARENCE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv1061-MHT |
| ) | (WO) |
| STATE OF ALABAMA BOARD OF ) | |
| PARDONS AND PAROLES, ) | |
| ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a federal prisoner, filed this lawsuit challenging the constitutionality, and seeking the removal or disposition, of a parole-violation warrant issued against him by defendant. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of March, 2020.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**